**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

David G. Velde,

        Plaintiff,                Civil No. 06-3881(RHK/RLE)

vs.                                      **ORDER**

Joe Philipp,

        Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: April 13, 2007

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge