# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

David G. Velde,

                  Plaintiff,

                                Civ. No. 06-3880 (RHK/RLE)
                                **ORDER**

v.

Randy Allen Kroeplin,

                  Defendant.

---

David G. Velde,

                    Plaintiff,

                                Civ. No. 06-3881 (RHK/RLE)
                                **ORDER**

v.

Joe Philipp,

                  Defendants.

---

These matters are before the Court on the parties' joint request (via attached letter) to stay these cases pending the Eighth Circuit's decisions in several related cases brought by David Velde, the Plaintiff herein. The Court having concluded that a stay is neither advisable nor appropriate at this time, the parties' joint request is hereby **DENIED.**

Dated: August  8 , 2007                                  s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge