UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David G. Velde,

                Plaintiff,

                          Civ. No. 06-3880 (RHK/RLE)
                                **ORDER**

v.

Randy Kroeplin,

                Defendant.

---

David G. Velde,

                Plaintiff,

                          Civ. No. 06-3881 (RHK/RLE)
                                **ORDER**

v.

Joe Philipp,

                Defendant.

---

      These bankruptcy adversary proceedings are before the Court *sua sponte*. The Plaintiff in these actions, David Velde, as the Trustee of Daniel Miller's bankruptcy estate, has sued Defendants Randy Kroeplin (Civ. No. 06-3880) and Joe Philipp (Civ. No. 06-3881) to recover payments made to them by Miller. The parties have now cross-moved for summary judgment in each case. Although the cross-motions have not yet been fully briefed, it appears that the issues raised in the cross-motions are nearly identical to those raised in several other actions commenced by Velde in this Court. See Velde v. Reinhardt, 366 B.R. 894 (D. Minn. 2007); see also Velde v. Kirsch, 366 B.R. 902 (D. Minn. 2007)

(on appeal from the Bankruptcy Court). In light of this fact, the Court does not believe that oral argument will materially assist it in resolving the issues raised in the cross-motions. Accordingly, **IT IS ORDERED** as follows:

1. The hearing on the parties' cross-motions, currently scheduled for October 19, 2007, is **CANCELED**;

2. In each case (Civ. No. 06-3880 and Civ. No. 06-3881), Velde shall serve and file a combined memorandum as a Reply in support of his Motion for Partial Summary Judgment and in Opposition to the Defendant's Cross-Motion for Summary Judgment, on or before October 19, 2007; and

3. In each case, the Defendant shall serve and file his Reply in support of his Cross-Motion on or before October 29, 2007.


Dated: October  4 , 2007                                    s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge